977 F.2d 573
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Loretta E. ROBERTS, Plaintiff-Appellant,
v.
Louis W. SULLIVAN, Secretary of Health and Human Services,
Defendant-Appellee.
 No. 92-1309.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: September 28, 1992
Decided: October 22, 1992
 
 Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.
 Loretta E. Roberts, Appellant Pro Se.
 Victor Jerry Pane, Jr., United States Department of Health & Human Services, Philadelphia, Pennsylvania, for Appellee.
 W.D.Va.
 AFFIRMED.
 Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Loretta E. Roberts appeals from the district court's order affirming the secretary's decision to deny her application for social security disability benefits. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Roberts v. Sullivan, No. CA-9174-B (W.D. Va. Jan. 17, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED